PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

Grisby Ray Brown II #2511074
Plaintiff's Name and ID Number

Willacy County State Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Gen Taub Hospital / Harris Health, 1504 Taub Loop Houston, Texas 77030
Defendant's Name and Address

John Doe (physician) 1504 Taub Loop Houston, Texas 77030
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of $405.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: On or about April 9th 2021

      2. Parties to previous lawsuit:
         Plaintiff(s) Brisby Ray Brown II
         Defendant(s) City of Houston Police; Harris County Jail

      3. Court: (If federal, name the district; if state, name the county.) Harris County/5th Circuit

      4. Cause number: 4:18-CV-3919

      5. Name of judge to whom case was assigned: Lee Rosenthal/King, Smith, and Wilson

      6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed

      7. Approximate date of disposition: Not Sure

2

II.    PLACE OF PRESENT CONFINEMENT: Willacy County State Jail

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: Brisby Ray Brown II T.D.C.J #2511074
1095 S. Buffalo Drive
Raymondville, Texas 78580

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: John Doe; physician; Ben Taub Hospital 1504 Taub loop, Houston, Texas 77030 (official Capacity)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to Mandatory report my Gunshot wounds to the authority at Ben Taub Hospital

Defendant #2: John Doe, administrator; Ben Taub Hospital 1504 Taub loop, Houston, Texas, 77030 (official Capacity)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to Mandatory report my Gunshot wounds to the authority at Ben Taub Hospital

Defendant #3: John Doe, Superintendent; Ben Taub Hospital, 1504 Taub loop, Houston, Texas 77030 (official Capacity)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to Mandatory report my Gunshot wounds to the authority at Ben Taub Hospital

Defendant #4: Ben Taub Hospital/Harris Health; 1504 Taub loop, Houston, Texas 77030 (official Capacity)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied me care under the Texas Health and safety Code section 161.041, and denied my safety in society.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about October 9th 2022, I was sent to Ben Taub Hospital by (EMS) ambulance. Approximately three days later I woke up with a tube in my mouth, Colostomy bag attached to my stomach, 16 staples; and five gunshot wounds after surgery. While in the Trauma Center I was located in (ICU) intensive care unit unaware of why, what, and who shot me and for what reason. On October 28th 2022 approximately nineteen days later while continuously being treated in (ICU) by the physician for woundcare, I was successfully discharged from Ben Taub Hospital Trauma Center to the address of 5800 Holister St. Apt #2606 Houston, Texas 77040 (my home) to continue treatment for woundcare as an outpatient under Harris County health due to me being on a machine. I am a victim of a crime who was being treated by a physician for my gunshot wounds at Ben Taub Hospital that was never reported to the law enforcement authority. Thus Denying me care and safety.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Fine the physician for not reporting the gunshot wounds to the Authorities; and award me 2.5 million dollars from Ben Taub Hospital for mental anguish and intentional infliction of emotional Distress, pain and suffering serious bodily injury day to day, past and future, for denying me care and safety as a victim for the remaining of my life while in society.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Brisby Brown, Brisby Ray Brown, Brisby Ray Brown II; Harris Peterson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#937406; (The other four TDCJ # I don't remember) CID# 05582866

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?      ____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division): N/A

2.   Case number: N/A

3.   Approximate date sanctions were imposed: N/A

4.   Have the sanctions been lifted or otherwise satisfied?      ____ YES  ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES __✓__ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A _____

   2. Case number: N/A _____

   3. Approximate date warning was issued: N/A _____

Executed on: 10-2-2024
        DATE

                                  *Brisby Ray Brown II*
                                  *Brisby Ray Brown II*
                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____2nd_____ day of _October_ , 20 _24_ .
          (Day)               (month)         (year)

                                    *Brisby Ray Brown II*
                                  *Brisby Ray Brown II*
                                (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

## AFFIDAVIT

Before me the undersigned authority personally appeared Mr. Brisby Ray Brown II T.D.C.J.#2511074 and CID#05582866 who duly sworn deposed as follows: My name is Brisby Ray Brown II I am over 18 years of age competent to make this affidavit and personally acquainted with the facts herein stated:

On or about October 9th 2022 I was rushed to Ben Taub Hospital Trauma Center by (EMS) ambulance due to being shot five times. Approximately three days later I woke up in (I.C.U) intensive care unit Department with a Tube in my Mouth, Staples in my upper thigh left side, and a colostomy bag which was attached to my stomach due to the surgery from the five gunshot wounds. On October 28th 2022, approximately nineteen days later while constantly being treated in (I.C.U) by the physician for woundcare, I was successfully discharged from Ben Taub Hospital Trauma Center to the address of 5800 Holister St. Apt.# 2606 Houston, Texas. 77040 to continue treatment as an outpatient under Harris County Health due to being on a machine from surgery. I was never talked to nor questioned by any Law enforcement authority about anything based upon any gunshot wounds. or any crime in general. I am a victim of a crime who was being treated by a physician for my gunshot wounds at Ben Taub Hospital Trauma Center that was never mandatory reported to the law enforcement authority, which Denied me care including safety.

The facts stated here are true and voluntary.

Brisby Ray Brown II
(Plaintiff Signature)

## INMATE DECLARATION

THIS DECLARATION IS MADE PURSUANT TO TITLE 6 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE CHAPTER, SECTIONS 132.001 et seq.

I, __Brisby Ray Brown II__, TDCJ # __2511074__,

being presently incarcerated in the Texas Department of Criminal Justice, Willacy State Jail Facility located at

1695 Buffalo Drive, Raymondville, Willacy County, Texas, 78580 declare under penalty of perjury that the

foregoing is true and correct.

EXECUTED on the __2nd__ day of __October__, 20 __24__.

__Brisby Ray Brown II__
DECLARANT

Vernon's Texas Codes Annotated
Texas Civil Practice and Remedies Code
Chapter 132. UNSWORN DECLARATIONS
Section 132.001. Use by Inmates in Lieu of Sworn Declaration

(a) Except as provided by Subsection (b), an unsworn declaration made as provided by this chapter by an inmate in the Texas Department of Corrections or in a county jail may be used in lieu of a written sworn declaration, verification, certification, oath, affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.

(b) This chapter does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public.

Mr. Brislay Ray Brown II
TDCJ #02511074     H4B-40
Willacy County State Jail
1695 S. Buffalo Drive,
Raymondville, Tx. 78580

**Special**

United States Courts
Southern District of Texas
F I L E D

OCT 09 2024

Nathan Ochsner, Clerk of Court

The United States District Court
Mr. David J. Bradley
Clerk of Court
P.O. Box 61010
Houston Texas 77067

UNABLE TO FORWARD/FOR REVIEW
782  2A    N  C0010/05/24
**8001**

VACK1: 9333120511

FWD
77208>1010

BC: 77208101010 DU *2093-02057-05-32